B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re: **Richard Louis Victor, Jr.**
**Holly Jeanette Oaks**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** -NONE- | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** Aspenwood Apartments | **Describe Leased Property:** Apartment Lease - Expires 5/1/15 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ■ YES   ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:** Cube Smart | **Describe Leased Property:** Storage space lease - month to month | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ■ YES   ☐ NO |

B8 (Form 8) (12/08) Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **September 11, 2014** Signature **/s/ Richard Louis Victor, Jr.**
**Richard Louis Victor, Jr.**
Debtor

Date **September 11, 2014** Signature **/s/ Holly Jeanette Oaks**
**Holly Jeanette Oaks**
Joint Debtor